EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2003

at ____ o'clock and ____ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                   Plaintiff, )<br><br>          vs. )<br><br>MURRAY ROY FAIRMAN, )<br><br>                   Defendant. )<br>_____ ) | CR NO. CR 03-00222 SOM<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 2113(a) & (f)] |

**I N D I C T M E N T**
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about November 21, 2002, in the District of

Hawaii, defendant MURRAY ROY FAIRMAN, by intimidation, did take

from the person and presence of another money belonging to, and

in the care, custody, control, management, and possession of the

Territorial Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: May 7, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney


United States v. MURRAY ROY FAIRMAN
Cr. No.
"INDICTMENT"

2