# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00222SOM |
| CASE NAME: | USA vs. Murray Roy Fairman |
| ATTYS FOR PLA: | Leslie Osborne |
| | Timothy Jenkins (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/19/2008 | TIME: | 11:15 - 11:30 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Murray Roy Fairman present.

Defendant admits to all 5 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

USPO requests a continuance of this hearing in order to monitor the defendant's progress.

Parties in agreement, but request additional conditions of release.

Court will hold the violations in abeyance, and continues this hearing to 6/16/08 @ 1:30 p.m.

Court adds the following conditions of release:

> That the defendant may not leave the island of Oahu unless prior approval is obtained by the Probation Office.

▸ That the defendant enroll and complete a 30 day residential substance abuse treatment program.

Mr. Silvert to prepare and submit the order by 3/24/08.

Submitted by: Toni Fujinaga, Courtroom Manager.