PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   alexander_silvert@fd.org

Attorney for Defendant
MURRAY ROY FAIRMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00222 SOM |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF SUPERVISED |
| vs. | ) | RELEASE |
| | ) | |
| MURRAY ROY FAIRMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On March 19, 2008, a Order to Show Cause Why Supervised Release Should Not Be Revoked was held.  Alexander Silvert, First Assistant Federal Defender, appeared with and on behalf of Defendant MURRAY ROY FAIRMAN, and Leslie Osborne, Assistant United States Attorney, appeared on behalf of the

government.  Defendant admitted to violating the conditions of supervised release.

After hearing arguments of counsel, the Court orders the conditions of

Defendant's supervised release modified to reflect the following:

>That the defendant may not leave the island of Oahu unless prior approval is obtained by the Probation Office.
>
>That the defendant enroll in and complete a thirty day residential substance abuse treatment program at the discretion and direction of the Probation Office.
>
>A Further Order to Show Cause hearing has been set for June 16,

2008, at 1:30 p.m., before this Court.

>APPROVED AND SO ORDERED:
>
>DATED: Honolulu, Hawaii; March 25, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM ONLY:

/s/ Leslie Osborne
LESLIE OSBORNE
Assistant United States Attorney

UNITED STATES v. MURRAY ROY FAIRMAN; Cr. No. 03-00222 SOM; ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE