# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00222SOM |
| CASE NAME: | USA vs. Murray Roy Fairman |
| ATTYS FOR PLA: | Clare Connors for Leslie Osborne |
| ATTYS FOR DEFT: | Shanlyn Park for Alexander Silvert |
| | Jonathan Skedeleski (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/16/2008 | TIME: | 3:50 - 3:55 |

COURT ACTION: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Murray Roy Fairman present.

Ms. Park informed the Court that the defendant is doing well, and requests that the Court take no action at this time - no objection by the government.

Court will take no action on the petition, but informs the defendant that it is allowed to consider everything it has not taken action on re: any future violations.

Submitted by: Toni Fujinaga, Courtroom Manager.