PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       shanlyn_park@fd.org

Attorney for Defendant
MURRAY ROY FAIRMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Cr. No. 03-00222 SOM |
| ) | |
| Plaintiff,   ) | ORDER CONTINUING |
| ) | SUPERVISED RELEASE |
| vs.   ) | |
| ) | |
| MURRAY ROY FAIRMAN,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

**ORDER CONTINUING SUPERVISED RELEASE**

On June 16, 2008, a Continued Order to Show Cause Why Supervised

Release Should Not Be Revoked hearing was held in the above-entitled matter.

Shanlyn A. S. Park appeared on behalf of Alexander Silvert and with Defendant

Murray Roy Fairman. Clare Connors appeared on behalf of Leslie Osborne, Assistant United States Attorney, and on behalf of the government.

Counsel informs the Court that Mr. Fairman has since been in compliance with the terms and conditions of his supervised release and requests that the Court take no action at this time, and the government does not oppose this request.

THEREFORE, THE COURT HEREBY finds that no action will be taken on the petition at present. The Court further advises Mr. Fairman that should he violate any conditions in the future, the Court will then act on those remaining violations contained in the report. All of the initial provisions of Supervised Release shall remain in full force and effect.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; July 7, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM ONLY:

/s/ Clare E. Connors
CLARE E. CONNORS
Assistant United States Attorney

UNITED STATES v. MURRAY ROY FAIRMAN
Cr. No. 03-00222 SOM; ORDER CONTINUING SUPERVISED RELEASE

2